JOHN E. WEIR, as Administrator of the Estate of HUGH WEIR, Deceased, Appellant, v. FRANCELIA D. HEINLEY, as Administratrix of the Estate of CHARLES D. HEINLEY, Deceased, Respondent.— Judgment reversed, on the law and facts, and new trial directed in the interests of justice, with costs to abide the event. Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ., concur.